# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA R. DAVIS,<br><br>       Plaintiff,<br><br>vs.<br><br>HSBC BANK, *et al.*,<br><br>       Defendants. | Case No. 2:15-cv-02269-APG-GWF<br><br>**ORDER** |

      This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendant removed this matter to federal court on December 1, 2015. Defendant Experian Information Solutions filed its Answer (#5) on December 9, 2015. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

      **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **February 16, 2016** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

      DATED this 29th day of January, 2016.

                                                      _____<br>                                                   GEORGE FOLEY, JR.<br>                                                   United States Magistrate Judge