1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

7

TOMMY D. DAVIS, et al.,

8
9

Plaintiffs,

v.

10

DEPARTMENT     STORES     NATIONAL
BANK, et al.,

11
12

Defendants.

Case No. 2:15-cv-02268-JCM-PAL
Case No. 2:15-cv-02269-JCM-PAL
Case No. 2:15-cv-02355-JCM-PAL

ORDER

13    Before the court is the Notice of Settlement Between Plaintiff and Defendant HSBC

14   Bank.  The parties advise that a settlement has been reached and that a stipulation to dismiss

15   should be filed within 60 days.  Accordingly,

16    **IT IS ORDERED** that Plaintiffs and Defendant HSBC Bank shall have until **August 1,**

17   **2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to

18   dismiss will be filed.

19    DATED this 31st day of May, 2016.

20
21
22

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28