1

2

3

4                            UNITED STATES DISTRICT COURT

5                                  DISTRICT OF NEVADA

6                                          * * *

7    TOMMY D. DAVIS, et al.,                        Case No. 2:15-CV-2269 JCM (PAL)

8                               Plaintiff(s),                      ORDER

9            v.

10   DEPARTMENT STORES NATIONAL
     BANK, et al.,

11
                                Defendant(s).
12

13

14          Presently before the court is defendant HSBC's motion for judgment on the pleadings.

15   (ECF No. 28). The parties have since filed a notice of settlement between plaintiff Sandra Davis

16   and defendant, and plaintiff has agreed to file dismissal documents as to her claims against

17   defendant, with prejudice, by August 1, 2016. (ECF No. 37).

18          Accordingly,

19          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion for

20   judgment on the pleadings (ECF No. 28) be, and the same hereby is, DENIED as moot.

21          DATED June 7, 2016.

22                                         _____
                                           UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**