1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

TOMMY D. DAVIS, et al.,

                                    Plaintiffs,

        v.

DEPARTMENT      STORES      NATIONAL
BANK, et al.,

                                    Defendants.

Case No. 2:15-cv-02268-JCM-PAL
Case No. 2:15-cv-02269-JCM-PAL
Case No. 2:15-cv-02355-JCM-PAL

ORDER

13      Before the court is the Notice of Settlement Between Plaintiff and Defendant Silver State

14  Schools  Credit  Union.    The  parties  advise  that  a  settlement  has  been  reached  and  that  a

15  stipulation to dismiss should be filed within 60 days.  Accordingly,

16      **IT IS ORDERED** that Plaintiffs and Defendant Silver State Schools Credit Union shall

17  have until **August 2, 2016,** to file a stipulation to dismiss, or a joint status report advising when

18  the stipulation to dismiss will be filed.

19      DATED this 7th day of June, 2016.

20

21                                    _____

22                                    PEGGY A. LEEN
                                    UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28

1